UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY,<br><br>　　　　　　　　　Defendant. | 07 0336<br>07 Civ. No. _____<br>(___)<br><br>**FILED**<br>MAR 5 - 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## FINAL JUDGMENT AS TO DEFENDANT
## THE DOW CHEMICAL COMPANY

Plaintiff Securities and Exchange Commission ("Commission" or "SEC") having filed a Complaint and Defendant The Dow Chemical Company ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $325,000 pursuant to Exchange Act Section 21(d)(3) [15 U.S.C. 78u(d)(3)] within twenty (20) business days after entry of this Final Judgment. The payment should be made by certified check, bank cashier's check, or United States postal money order payable to the "Securities and Exchange Commission." The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission,

Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying The Dow Chemical Company as a Defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall contemporaneously provide a copy of the letter to: C. Joshua Felker, Securities and Exchange Commission, 100 F. Street, N.E., Washington, D.C. 20549.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: March 5, 2007

_____
UNITED STATES DISTRICT JUDGE